UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Roslyn,                                    Civil No. 05-441 (PAM/RLE)

                         Plaintiff,

v.                                                      **ORDER**

Northwest Airlines Corporation,

                         Defendant.

On July 11, 2007, Plaintiff Gary Roslyn and Defendant Northwest Airlines

Corporation jointly filed a Stipulation for Dismissal with Prejudice (Docket No. 29). Based

on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY**

**ORDERED** that:

1.      The claims asserted by Plaintiff Roslyn are **DISMISSED with prejudice**; and

2.      Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:      July   12,   2007

                                              s/Paul A. Magnuson
                                            Paul A. Magnuson
                                            United States District Court Judge